**FILED**
**04/04/2024**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Dear Clerk, 3/28/24

1:24-cv-00449-SEB-CSW

My name Lance Walters prose. I've filed 3 seperate 1983 Civil Rights Complaints over the last 5 months. The only one screened or answered was Cause No. 1:24-CV-00202-RLY-CSW

Can you please find out if you received the other 2 lawsuits?

Please send me 3 blank 1983 Civil Rights complaint forms - full packets and mail them to me at your earliest convenience.

Lance Walters
JID# 2317886
Marion County ADC Block # B.S
695 Justice Way
Indps, IN 46203

Thank you for your prompt attention to this matter as time is of the essence as we attempt to ensure that justice prevails.

With Kindest Regards,
Ca—

My legal name is Lance Walters however I prefer to be called Carina She/her pronouns