UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LANCE W. WALTERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-00202-RLY-CSW |
| | ) | |
| KERRY J. FORRESTAL, | ) | |
| TRINITY FOOD SERVICES GROUP, | ) | |
| H. SOLAJA, | ) | |
| ACAMBI, | ) | |
| BAKER, | ) | |
| BATES, | ) | |
| T. JADRIEH, | ) | |
| TAYLOR, | ) | |
| KEVIN MURRAY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff's motion for status update, Dkt. [13], is **granted** to the extent that the **clerk is directed** enclose copies of the following with Plaintiff's copy of this Order: (1) public docket sheet; (2) three (3) blank prisoner civil rights complaint forms; and (3) three (3) form motions to proceed *in forma pauperis*. The Court currently has two pending cases for Plaintiff—this case and *Walters v. Bello*, 1:24-cv-00449-SEB-CSW. The Court has not yet received a complaint for a third case for Plaintiff. The Court will address Plaintiff's request for a status update as to the *Bello* case by separate entry in that case.

**IT IS SO ORDERED.**

Date: April 10, 2024

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distribution:

LANCE W. WALTERS
2317886
MARION COUNTY JAIL
MARION COUNTY JAIL
ADC Mail Room
695 Justice Way
Indianapolis, IN 46203